IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DONALD J. OLIVER, | : | |
| Plaintiff, | : | |
| | | Case No. 3:12cv00398 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : | Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on November 26, 2013 (Doc. #12) is ADOPTED in full;

2. The ALJ's non-disability finding is vacated;

3. No finding is made as to whether Plaintiff Donald J. Oliver was under a "disability" within the meaning of the Social Security Act;

4. This matter is **REMANDED** to the Social Security Administration pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendations, and this Decision and Entry; and,

5.  The case is **TERMINATED** on the docket of this Court.

December 17, 2013                              *s/Thomas M. Rose

                                               _____
                                                    Thomas M. Rose
                                               United States District Judge